UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/11

IN RE QUIGLEY COMPANY, INC.

10 Civ. 1573 (RJH)

**MEMORANDUM OPINION AND ORDER**

  For the reasons stated on the record today, Quigley's motion for reconsideration is DENIED.  Furthermore, the Court has reviewed Quigley's motion for vacatur of the Court's decision and finds that the facts here do not fall within the "few narrowly-defined situations that clearly present 'other reasons justifying relief.'"  Charles Alan Wright, Arthur R. Miller, Mary Kay Kane, *Federal Practice & Procedure* § 2864 (2010) (quoting Fed. R. Civ. P. 60(b)).

SO ORDERED.

Dated: New York, New York
   June 24, 2011

              Richard J. Holwell
              United States District Judge