UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE QUIGLEY COMPANY, INC.

10 Civ. 1573 (RJH)

**MEMORANDUM OPINION AND ORDER**

The motion of Hissey Kientz L.L.P. to intervene is granted.

Dated: New York, New York

June 2?, 2011

Richard J. Holwell

United States District Judge