UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE:                                    :
    QUIGLEY COMPANY, INC.,                :
                        Debtor.           :
                                          :   Chapter 11
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE:                                    :   Case No. 04-15739 (SMB)
                                          :   Adv. Proc. No. 04-046262
    QUIGLEY COMPANY, INC.,                :
                        Plaintiff,        :   Civil Action No. 10 Civ. 1573 (RJH)
                                          :
        - against -                       :
                                          :
    A.C. COLEMAN, et al.,                 :
                        Defendants.       :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PFIZER INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Pfizer Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from: (1) the May 20, 2011 Memorandum Opinion and Order [Doc. 19]; (2) the May 23, 2011 Judgment [Doc. 20]; and (3) the June 24, 2011 Memorandum Opinion and Order [Doc. 39] denying reconsideration and vacatur of the May 20, 2011 Memorandum Opinion and Order and May 23, 2011 Judgment.

Dated: June 27, 2011
New York, New York

Respectfully submitted,

*[signature: Sheila L. Birnbaum]*

Sheila L. Birnbaum
Jay M. Goffman
George A. Zimmerman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036-6522
(212) 735-3000
*Attorneys for Pfizer Inc.*