UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/11

IN RE QUIGLEY COMPANY, INC.

10 Civ. 1573 (RJH)

**MEMORANDUM OPINION AND ORDER**

     Pfizer has moved for a stay pending appeal. The Law Offices of Peter Angelos, P.C. have consented to this stay. As such, Pfizer's motion is granted.

Dated: New York, New York

     July 9, 2011

Richard J. Holwell

United States District Judge